**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6481**

ANTWON WHITTEN,

Plaintiff - Appellant,

v.

ATIF ATYIA, Medical Doctor Lonesome Pine Hospital; LESLIE FLEMING, Warden Wallens Ridge State Prison; DAVID ANDERSON, Major Wallens Ridge State Prison; REBECCA D. KELLY, Registered Nurse Lonesome Pine Hospital; BILLIE COWDEN, Lab Tech Lonesome Pine Hospital; B. J. RAVIZEE, WRSP Institutional Ombudsman; DR. R. DULANEY, WRSP Doctor; J. B. MESSER, R.O.S.P. Institutional Ombudsman,

Defendants - Appellees,

and

WELMONT HEALTH SYSTEMS; VIRGINIA DEPARTMENT OF CORRECTIONS STATE OF VA. INSURER; VIRGINIA DEPARTMENT OF CORRECTIONS HEALTH SERVICES,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:17-cv-00465-JPJ-PMS)

Submitted: August 29, 2019                    Decided: September 12, 2019

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Antwon Whitten, Appellant Pro Se. James Noe Lucas Humphreys, HUNTER, SMITH & DAVIS, LLP, Kingsport, Tennessee; Rebecca Joyce Ketchie, Andrew Todd Wampler, WILSON WORLEY, PC, Kingsport, Tennessee; Susan A. Waddell, GUYNN WADDELL CARROLL & LOCKABY, P.C., Salem, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon Whitten appeals the district court's order granting summary judgment to Defendants on his claims under 42 U.S.C. §§ 1983, 1985(3) (2012), declining to exercise supplemental jurisdiction over his state law claims, and dismissing those claims without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Whitten v. Atyia*, No. 7:17-cv-00465-JPJ-PMS (W.D. Va. Mar. 29, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*